PROB 12C
(6/16)

Report Date: December 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin T. Carter          Case Number: 0980 2:19CR00067-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 12, 2019

| | |
|---|---|
| Original Offense: | Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 71 Months; TSR - 60 Months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | June 12, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | June 11, 2028 |

## PETITIONING THE COURT

**To issue a SUMMONS.**

On June 13, 2023, Mr. Justin Carter signed his conditions relative to case number 2:19CR00067-RMP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Carter is alleged to have violated mandatory condition number 3 by ingesting cocaine, previously occurring on or about October 31, 2023, based on sweat patch testing.<br><br>Specifically, and as the Court may recall, a report for no action was previously filed with the Court on October 19, 2023, reporting the client's use of cocaine, subsequent to both verified sweat patch testing and the client's personal admission of having previously used the substance on or about September 18, 2023. Your Honor concurred with the undersigned officer's taken action on the day in question. |

Prob12C
Re: Carter, Justin T.
December 4, 2023
Page 2

On October 11, 2023, a second sweat patch was applied for the purpose of ongoing monitoring, and on October 17, 2023, the patch was removed. The result of this sample again returned positive for cocaine, but following additional collateral investigation with the verifying laboratory, the undersigned officer learned that the confirmed result was not, in of itself, conclusive of new use due to the declining levels in the second sample submitted.

On October 31, 2023, a third sweat patch was applied and subsequently removed on November 7, 2023. On November 30, 2023, the result of the collected sample was received by the U.S. Probation Office, with the lab result again confirming the sample was positive for cocaine. Mr. Carter was confronted as to his ongoing use of cocaine during a scheduled office appointment with him on the day in question. Mr. Carter denied any use of the drug occurring since his previous admitted use of cocaine on or about September 18, 2023.

On December 4, 2023, the contract laboratory was again contacted, who indicated that the most recent sample was indicative of the client having again ingested cocaine, further clarifying that there were no known instances for comparison in which cocaine had remained in one's system for over a month.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 4, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Rosanna Malouf Peterson

Signature of Judicial Officer

12/4/2023

Date