PROB 12C
(6/16)

Report Date: July 26, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

*FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 2 6 2024
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON*

Name of Offender: Justin T. Carter             Case Number: 0980 2:19CR00067-JAG-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate District Judge

Date of Original Sentence: September 12, 2019

| | |
|---|---|
| Original Offense: | Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 71 months; TSR - 60 months |
| Asst. U.S. Attorney: | Dan Hugo Fruchter |
| Defense Attorney: | Andrea George |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 12, 2023

Date Supervision Expires: June 11, 2028

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2023, 01/03/2024, 01/22/2024, and 07/25/2024.

On June 13, 2023, Mr. Justin Carter signed his conditions relative to case number 2:19CR00067-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #5**: You must not enter into or remain in an establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Carter is alleged to have violated the terms of his supervised release by consuming alcohol, on or about July 25, 2024. |
| | On July 25, 2024, Mr. Carter reported to the United States Probation Office following his release in relation to an assault charge that occurred early that morning (noted in the petition filed on July 25, 2024, ECF No. 85). Mr. Carter was questioned about drug and alcohol use. He admitted to consuming approximately four beers that evening prior to his arrest. |

Prob12C
Re: Carter, Justin T.
July 26, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 26, 2024
Date