PROB 12C
(6/16)

Report Date: July 25, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin T. Carter | Case Number: 0980 2:19CR00067-JAG-1

Address of Offender: [redacted] Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate District Judge

Date of Original Sentence: September 12, 2019

Original Offense: Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C);
Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C);
Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence: Prison - 71 months; TSR - 60 months | Type of Supervision: Supervised Release

Asst. U.S. Attorney: Dan Hugo Fruchter | Date Supervision Commenced: June 12, 2023

Defense Attorney: John Stephen Roberts, Jr. | Date Supervision Expires: June 11, 2028

---

## PETITIONING THE COURT

To **issue WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2023, 01/03/2024, and 01/22/2024.

On June 13, 2023, Mr. Justin Carter signed his conditions relative to case number 2:19CR00067-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Carter is alleged to violated the terms of his supervised release by allegedly committing Fourth Degree Assault - Domestic Violence, in violation of RCW 9A.36.041, on or about July 25, 2024.

On July 25, 2024, at approximately 12:15 a.m., officers with the Spokane Police Department responded to Mr. Carter's residence on a domestic violence call in which Mr. Carter was alleged to be assaulting his wife.

Witnesses at the residence advised that Mr. Carter was upset with his stepson and his stepson's friend over a blanket not being folded. Mr. Carter is alleged to have had a baton in his hand while threatening to beat up his stepson and his stepson's friend.

Mr. Carter's wife became involved to prevent Mr. Carter from getting to the two young males, ages 16 and 19. Mr. Carter is alleged to have pushed his wife in the chest and grabbed her wrist. Witnesses heard noises that appeared to be individuals in a physical altercation and his wife was heard yelling, "get off me."

The police officers noted that his wife appeared genuinely scared of Mr. Carter and what he might do to her and her son. The officers also noted that Mr. Carter appeared intoxicated and had slurred his words.

Probable cause was developed to arrest Mr. Carter for fourth degree assault - domestic violence, and he was booked into the Spokane County Jail.

6 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Carter is alleged to have violated the terms of his supervised release by failing to appear for a random urinalysis test, on or about July 24, 2024.

Mr. Carter in enrolled in random drug testing with Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is required to appear for a urinalysis testing that same day. Testing hours are from 7 a.m. to 7 p.m. PHS staff reported that Mr. Carter failed to appear for a random urinalysis on July 24, 2024.

As noted in alleged violation number 5 above, Mr. Carter was arrested. It should be noted that law enforcement contact did not occur until several hours after PHS closed their doors for drug testing. Therefore, it appears Mr. Carter was available throughout the testing hours on July 24, 2024. It should also be noted that an incident report concerning the alleged assault noted Mr. Carter appeared intoxicated and was slurring his words.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/25/24

Date