PROB 12C
(6/16)

Report Date: November 7, 2024

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin T. Carter                                   Case Number: 0980 2:19CR00067-JAG-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: September 12, 2019

| | |
|---|---|
| Original Offense: | Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); <br> Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C); <br> Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - 71 months; TSR - 60 months |
| Asst. U.S. Attorney: | Dan Fruchter |
| Defense Attorney: | Andrea George |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 12, 2023

Date Supervision Expires: June 11, 2028

## PETITIONING THE COURT

To issue a warrant.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/04/2023; 01/03/2024; 01/22/2024 and 07/25/2024.

On June 13, 2023, Mr. Justin Carter signed his conditions relative to case number 2:19CR00067-TOR-1, indicating he understood all conditions as ordered by the Court.

Violation number 7 was addressed via STEP sanctions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
**Re: Carter, Justin T.**
**November 7, 2024**
**Page 2**

    **Supporting Evidence**: It is alleged that Justin Carter violated the terms of his supervised release by failing to report a change in employment, on or about August 15, 2024.

    Justin Carter had been employed with the Home Boys. On July 26, 2024, he was arrested for a domestic violence assault allegation. On August 6, 2024, he released from custody after he secured approved clean and sober housing.

    On August 15, 2024, during a Sobriety Treatment and Education Program (STEP) session he advised that he had returned to work for the Home Boys. On September 11, 2024, during a home visit, he reported continued employment at the Home Boys. On September 19, 2024, during a STEP session, he reported continued employment with the Home Boys. On October 15, 2024, during a home visit, he reported continued employment at the Home Boys and agreed to submit copies of his recent pay stubs.

    On October 30, 2024, contact was made with human resources office for the Home Boys. They advised that Mr. Carter last worked there on July 24, 2024.

9    **Standard Condition #4:** You must be truthful when responding to questions asked by your probation officer.

    **Supporting Evidence**: It is alleged that Justin Carter violated the terms of his supervised release by repeatedly claiming false employment information, on or about August 15, 2024, or since.

    On August 15, 2024, during a Sobriety Treatment and Education Program (STEP) session he advised that he had returned to work for the Home Boys. On September 11, 2024, during a home visit, Mr. Carter reported continued employment at the Home Boys. On September 19, 2024, during a STEP session, he reported continued employment with the Home Boys. On October 15, 2024 during a home visit, he reported continued employment at the Home Boys and agreed to submit copies of his recent pay stubs.

    On October 30, 2024, contact was made with human resources office for the Home Boys. They advised that Mr. Carter last worked there on July 24, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/07/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer


Case 2:19-cr-00067-TOR    ECF No. 113    filed 11/07/24    PageID.395    Page 3 of 3

Prob12C
Re: Carter, Justin T.
November 7, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

11/07/2024
Date