PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 6, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Justin T. Carter | | Case Number: 0980 2:19CR00067-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99201 | | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 12, 2019

| | |
|---|---|
| Original Offense: | Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C));<br>Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C));<br>Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C)) |
| Original Sentence: | Prison - 71 Months;     Type of Supervision: Supervised Release<br>TSR - 60 Months |
| Revocation Sentence:<br>(December 18, 2024) | Prison - 9 Months;<br>TSR - 36 Months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter     Date Supervision Commenced: July 23, 2025 |
| Defense Attorney: | Amy H. Rubin     Date Supervision Expires: July 22, 2028 |

## PETITIONING THE COURT

**To issue a SUMMONS**

On July 23, 2025, Mr. Justin Carter signed his conditions relative to case number 2:19CR00067-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Carter is alleged to have violated mandatory condition number 3 by ingesting cocaine on or about January 5, 2026, based on both urinalysis testing and the subject's admission of such use.<br><br>Specifically, on January 5, 2026. Mr. Carter was contacted by the undersigned officer and directed to report to the U.S. Probation Office for urinalysis testing. Mr. Carter subsequently |

Prob12C
Re: Carter, Justin T
January 6, 2026
Page 2

reported as directed, and admitted prior to testing that he had previously ingested cocaine on or about January 3, 2026. Mr. Carter submitted a urinalysis sample consistent with his admission and did sign a drug use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 6, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
January 6, 2026
Date